UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AERO CONSTRUCTION COMPANY, INC., a Washington Corporation, | |
| Plaintiff and Counterclaim Defendant, | Case No. C05-1383RSL |
| v. | ORDER VACATING ORDER TO SHOW CAUSE |
| BURLINGTON NORTHERN SANTA FE RAILWAY CORP., | |
| Defendant, Counterclaimant, and Third-Party Plaintiff, | |
| v. | |
| DMJM HARRIS, INC., et al., | |
| Third-Party Defendants. | |

This matter comes before the Court *sua sponte*. On August 10, 2006, third-party defendant Scarsella Bros., Inc. ("Scarsella") filed a motion with related documents that, taken as a whole, exceeded 50 pages in length (Dkt. # 61). On August 17, 2006, this Court issued an order to show cause, (Dkt. # 65), why defendant should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 4) and "Minute Order Setting Trial & Related Dates" (Dkt. # 36). Scarsella

ORDER TO SHOW CAUSE

1  subsequently delivered a courtesy copy of the electronic filings, and submitted a response (Dkt.
2  # 66). Upon review of these materials, the order to show cause is VACATED.

   DATED this 29th day of August, 2006.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

ORDER TO SHOW CAUSE