UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AERO CONSTRUCTION COMPANY, INC., a Washington corporation<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>BURLINGTON NORTHERN SANTA FE RAILWAY CORP.,<br><br>Defendant, Counterclaimant and Third-party Plaintiff,<br><br>vs.<br><br>DMJM HARRIS, INC., SCARSELLA BROS., INC., CAMWEST DEVELOPMENT, INC.,<br><br>Third Party Defendants. | Case No. CV 05-1383RSL<br><br>ORDER STRIKING LATE-FILED DECLARATION |

This matter comes before the Court *sua sponte*. On October 12, 2006 defendant, counterclaimant and third-party plaintiff Burlington Northern Santa Fe Railway Corporation ("BNSF") filed a supplemental declaration in support of its opposition to third-party defendant DMJM Harris, Inc.'s motion for summary judgment. (Dkt. #100). This supplemental declaration was submitted unaccompanied by a motion for leave despite the fact that it was filed ten days after BNSF's original response (Dkt. #92) and almost a week after DMJM Harris, Inc. Submitted its reply in support of summary judgment. (Dkt. #95). In the absence of any explanation as to

ORDER STRIKING LATE-FILED DECLARATION-1

1 why the Federal Rules of Civil Procedure would allow the Court to consider such a late-filed
2 declaration, the Court hereby orders that defendant/third-party plaintiff's "Supplemental
3 Declaration of Donald Omsberg in Support of Defendant BNSF's Response in Opposition To
4 Third Party Defendant DMJM Harris, Inc.'s Motion for Summary Judgment" be STRICKEN.

6 DATED this 17th day of October, 2006

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER STRIKING LATE-FILED DECLARATION-2